**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **S L HUGLON #492351** | **CIVIL ACTION NO. 24-cv-595 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **NOLEN BASS ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 10] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 11] filed by Plaintiff S L Huglon ("Huglon"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Huglon's claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

Monroe, Louisiana, this 12th day of August 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**
